IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CASE NO.: ____1:23-cv-319_____
STATE CASE NO. 49K07-2301-SC-000127

STEFAN P. MURPHY,

    Plaintiff,

v.

VERIFACTS II, LLC d/b/a
VERIFACTS, LLC,

    Defendant.
_____/

## DEFFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq*., Defendant VeriFacts LLC ("Defendant"), by and through its undersigned counsel, hereby gives notice of removal, and removes the above-captioned matter from the Marion County Small Claims Court in Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division. The grounds for this removal are as follows:

1.    On or about January 20, 2023, a civil action was commenced by Stefan P. Murphy ("Plaintiff") through the filing of a Complaint in the Marion County Small Claims court in Indiana, entitled *Stefan P. Murphy v. Verifacts II, LLC d/b/a Verifacts, LLC*, Case No. 49K07-2301-SC-000127 (the "State Court Action").

2.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint and Notice of Claim and Summons (although the Summons was provided blank) – *i.e.*, all State Court Action documents provided to VeriFacts by Plaintiff to date – is annexed hereto as **Exhibit A**. A copy of the State Court Action docket is attached hereto as **Exhibit B**.

38728.2

3. Plaintiff e-mailed a copy of the Complaint to Defendant on January 19, 2023, but included only a blank Summons. Even if that could be considered sufficient for service of process, which Defendant disputes, this Notice of Removal is timely under 28 U.S.C. § 1446 because it is filed within 30 days after receipt of a copy of the initial pleading. *See* 28 U.S.C. § 1446(b)(1) (establishing a thirty-day deadline for removal); Fed. R. Civ. P. 6(a)(1) (when the last day of a time period falls on a weekend or legal holiday, the deadline is extended to the next day that is not a weekend or legal holiday); 5 U.S.C. § 6013(a) (the third Monday in February/Washington's Birthday (February 20, 2023), is a legal public holiday); *see also*, *e.g. Navarette v. Hidalgo-Mendoza*, No. 20-cv-01910-CMA-STV, 2021 WL 838269, at *2 (D. Colo. March 5, 2021) (F.R.C.P. 6(a)(3), which states that "when a filing deadline falls on a Saturday, Sunday, or legal holiday, the deadline is automatically extended to the next business day … applies to the filing deadline for a notice of removal under § 446."); *Hernandez v. Menlo Logistics, Inc.*, No. CIV 12-0907 JB/WPL, 2013 WL 5934411, at *1 (D.N.M. Sept. 30, 2013) (holding "the removal statute is subject to rule 6(a)'s computation procedure" that extends the 30-day removal deadline to the first non-Saturday, Sunday, or legal holiday, and collecting supporting authorities); *Schneider v. Regions Bank*, No. 12–CV–0574–MJR–SCW, 2012 WL 3646270, at *1 n. 1 (S.D.Ill. Aug. 23, 2012)(explaining that "Section 1446(b)(1) requires removal within thirty days after defendant receives formal service of the complaint" and holding that, because "the 30th day fell on the weekend, ... [defendant] got the benefit of Federal Rule of Civil Procedure 6(a)(1)(C), and removal was timely on [the following] Monday" (internal citation omitted)).

4. As stated in the Complaint, Plaintiff brings this lawsuit under, and based on an alleged violation of, 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act (Count I) and a claim for violation of privacy that includes only citations to the FCRA, found in the WHEREFORE

Clause (Count II). *See* Exhibit A. Thus, the State Court Action arises under the laws of the United States. In fact, Plaintiff expressly asserts federal court subject matter jurisdiction. *See* Complaint (Exh. A) at ¶ 6 ("Subject matter jurisdiction exists pursuant to 15 U.S.C. § 1681p.").

5. As such, this is a claim over which the District Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and the State Court Action is removable to the Southern District of Indiana pursuant to 28 U.S.C. § 1441.

6. Removal to this Court is proper, as the State Court Action was filed in Marion County Court, and therefore this is "the district court of the United States for the district and division within which such action is pending." 28 U.S.C. § 1446(a); see also 28 U.S.C. § 1441 (a).

7. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

8. Defendant will file a true and correct copy of this Notice of Removal with the Clerk of the County Court of Marion County, Florida as required by 28 U.S.C. § 1446(d).

9. The undersigned states that this removal is well-grounded in fact, warranted by existing law, and not interposed for any improper purpose.

10. By this removal, Defendant does not intend to waive any of its rights or defenses, including that this action was filed in the incorrect venue – Indiana – when the Complaint's attachments establish that Defendant is an Illinois limited liability company with its principal place of business in Sterling, Illinois.

**WHEREFORE**, Defendant respectfully requests the State Court Action be removed to this Court and placed on the docket of this Court for further proceedings as though originally instituted in this Court.

Date: February 21, 2023

Respectfully submitted,

By: */s/ Kristina M. Swanson*
Kristina M. Swanson
Indiana Attorney No. 34791-29
ACTUATE LAW, LLC
641 W. Lake Street; 5th Floor
Chicago, IL 60661
Tel: (312) 579-3108
Fax: (312) 579-3131
Kristina.swanson@actuatelaw.com

*Attorneys for VeriFacts, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2023, a true and correct copy of Defendant's Notice of Removal was served via U.S. Mail and E-mail to the persons on the service list below, and electronic copies also will be transmitted via ECF notification (to the extent available) after the removed-case filing is completed by the Clerk.

*/s/ Kristina M. Swanson*
Attorney

**Service List**

*Plaintiff (Pro Se) – Served by Mail and E-mail*

Stefan Paul Murphy
7399 N Shadeland Ave., Suite 244
Indianapolis, IN 46250
paulmurphy@myyahoo.com