IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEFAN P. MURPHY<br>7399 N. Shadeland Ave., PMB 244<br>Indianapolis, IN 46250<br>Tel. (317)554-9908<br><br>Plaintiff,<br><br>VS.<br><br>VERIFACTS II, LLC d/b/a<br>VERIFACTS, LLC<br>641 W. Lake Street, 5th Floor<br>Chicago, IL 60661<br>Tel. (317)579-3108<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:23-cv-319-TWP-MG<br>)<br>) Judge: Tanya Walton Pratt<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED**

Date: 4/14/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF

And by U.S. mail to:
Stefan P. Murphy
7399 N. Shadeland Avenue
Suite 244
Indianapolis, IN 46250